judgment void ab initio and subject to collateral attack in habeas corpus; or is the error one in the exercise of jurisdiction, which is waived if not raised on direct appeal, thereby foreclosing collateral attack in habeas corpus and/or making the defense of res judicata available to defend against the collateral attack?"

F.E. Sweeney, J., dissents.

Cause consolidated with 2003–0392, *Pratts v. Hurley,* Ross App. No. 02CA2674, 2003-Ohio-864.

**2003–0595. State v. Peoples.**

Franklin App. No. 02AP–363, 2003-Ohio-151. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed March 13, 2003:

"For the reasons stated in the memorandum decision of this court rendered herein on March 13, 2003, it is the order of this court that the motion to certify the judgment of this court as being in conflict with the judgment of the Court of Appeals for Lorain County in *State v. Vincer* (Sept. 22, 1999), Lorain App. No. 98CA007117, is sustained and, pursuant to Section 3(B)(4), Article IV, Ohio Constitution, the record of this case is certified to the Supreme Court of Ohio for review and final determination upon the following issue in conflict:

"Whether R.C. 2929.20(B)(3) as in effect until March 23, 2000, violates principles of equal protection set forth in the Ohio and United States Constitutions."

**2003–0597. Williams v. Zurich Am. Ins. Co.**

Certified State Law Question, No. 302CV7300. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). Sue sponte, cause held for the decision in 2002–0610, *Geren v. Westfield Ins. Co.,* Lucas App. No. L–01–1398, 2002-Ohio-1230; briefing schedule stayed.

Resnick and F.E. Sweeney, JJ., dissent.

Cook, J., not participating.

**2003–0636. State ex rel. Howard v. Seaway Foodtown, Inc.**

Franklin App. No. 00AP–1097. On amended motion for relief from judgment. Motion denied.

Lundberg Stratton, J., would also order sanctions against appellant.

Cook, J., not participating.

**2003–0653. State v. House.**

Cuyahoga App. No. 78239, 2002-Ohio-7227. On motion for leave to file delayed appeal. Motion denied.

Lundberg Stratton, J., dissents.

Cook, J., not participating.

**2003–0661. State v. Nero.**

Cuyahoga App. No. 81828. On motion for leave to file delayed appeal. Motion denied.

Cook, J., not participating.

**2003–0669. In re Adaranijo.**

Hamilton App. Nos. C–020313 and C–020393. On motion stay of court of appeals' judgment. Motion denied.

Cook, J., not participating.

**2003–0709. State v. Allison.**

Franklin App. No. 01AP–666, 2002-Ohio-522. On motion for leave to file delayed appeal. Motion denied.

Cook, J., not participating.

**2003–0745. In re Estate of Williams.**

Mahoning App. No. 00CA109, 2003-Ohio-1436. On motion for stay of execution of sentence. Motion denied.

Cook, J., not participating.

**2003–0746. In re Estate of Mercurio.**

Mahoning App. No. 00CA108, 2003-Ohio-1437. On motion for stay of execution of sentence. Motion denied.

Cook, J., not participating.

**2003–0747. In re Estate of Hunter.**

Mahoning App. No. 00CA107, 2003-Ohio-1435. On motion for stay of execution of sentence. Motion

denied.

Cook, J., not participating.

**2003-0748.  In re Estate of Lanning.**

Mahoning App. No. 00CA110, 2003-Ohio-1438. On motion for stay of execution of sentence. Motion denied.

Cook, J., not participating.

## APPEALS ACCEPTED FOR REVIEW

**2003-0230.  Consolo v. Cleveland.**

Cuyahoga App. No. 81117, 2002-Ohio-7065.

Resnick, Cook and O'Connor, JJ., dissent.

**2003-0254.  Ft. Frye Teachers Assn. v. State Emp. Relations Bd.**

Washington App. Nos. 02CA31 and 02CA32. Discretionary appeal allowed and cause consolidated with 2003-0207, *Ft. Frye Teachers Assn. v. State Emp. Relations Bd.*, Washington App. Nos. 02CA31 and 02CA32, 2002-Ohio-7219.

Resnick, F.E. Sweeney and O'Connor, JJ., dissent.

**2003-0300.  Darby v. A-Best Products Co.**

Cuyahoga App. No. 81270, 2002-Ohio-7070. On discretionary appeal, motion for admission pro hac vice of Ellen Margolis and Danile Markewich by Bruce Mandel for Vilad Corp., and motion for admission pro hac vice of Jon B. Orandorff by Bruce Mandel for Old Orchard Industrial Corp. etc. Discretionary appeal allowed and motions granted.

Cook and Lundberg Stratton, JJ., dissent.

**2003-0362.  Taylor v. Kemper Ins. Co.**

Cuyahoga App. No. 81360, 2003-Ohio 177. Discretionary appeal allowed and cause consolidated with 2003-0302, *Taylor v. Kemper Ins. Co.*, Cuyahoga App. No. 81360, 2003-Ohio-177.

Resnick, Lundberg Stratton and O'Connor, JJ., dissent.

**2003-0391.  Wilke v. Montes.**

Ottawa App. No. OT-02-003, 2003-Ohio-217. Discretionary appeal allowed; cause consolidated with 2003-0535, *Wilke v. Montes,* Ottawa App. No. OT-02-003, 2003-Ohio-217; causes held for the decision in 2002-0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903; and briefing schedule stayed.

F.E. Sweeney, concurs but would not hold this cause for 2002-0579.

O'Connor, J., concurs but would allow only Propositions of Law Nos. I and II.

Resnick, J., not participating.

**2003-0392.  Pratts v. Hurley.**

Ross App. No. 02CA2674, 2003-Ohio-864. Discretionary appeal allowed and cause consolidated with 2003-0560, *Pratts v. Hurley,* Ross App. No. 02CA2674, 2003-Ohio-864.

F.E. Sweeney, J., dissents.

**2003-0457.  Witt v. Ohio Ins. Guar. Assn.**

Cuyahoga App. No. 80509, 2003-Ohio-278. Discretionary appeal allowed; cause consolidated with 2003-0363, *Witt v. Ohio Ins. Guar. Assn.,* Cuyahoga App. No. 80509, 2003-Ohio-278; causes held for the decision in 2003-0028, *Katz v. Ohio Ins. Guar. Assn.,* Lucas App. No. L-02-1014, 2002-Ohio-6357; and briefing schedule stayed.

F.E. Sweeney, J., dissents.

**2003-0464.  State v. Peoples.**

Franklin App. No. 02AP-363, 2003-Ohio-151. Discretionary appeal allowed; cause consolidated with 2003-0595, *State v. Peoples,* Franklin App. No. 02AP-363, 2003-Ohio-151; and causes to be argued on the same date as the argument in 2003-0358 and 2003-0562, *State v. Kelly,* Muskingum App. No.